UNITED STATES DISTRICT COURT NEW YORK
EASTERN DITRICT OF NEW YORK
------------------------------------------------------------ x
SAMANTHA ROSENBAUM,                              :
                                                 :
                              Plaintiff,:            **AMENDED COMPLAINT**
                                                 :    **AND JURY DEMAND___**
             – against –                         :
                                                 :
THE CITY OF NEW YORK, THE NEW YORK               :
CITY POLICE DEPARTMENT, SERGEANT                 :    Docket No. 13 CV 003721
WILLIAM CINTRON, P.O. STARLETTE                  :
CHISEM, and P.O. CHRISTOPHER WILLIAMS,           :
                                                 :
                              Defendants.:        
------------------------------------------------------------ x

## JURISDICTION

1.      This action is brought pursuant to 42 U.S.C. §1983 for violations of plaintiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution and pursuant to the laws of the State of New York for violation of the tort laws of the State of New York.

2.      This Court has jurisdiction over the federal claims pursuant to 28 U.S.C. §§1331 and 1343(a).

3.      This Court has supplemental jurisdiction over the state court claims pursuant to 28 U.S.C §1367.

4.      Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

1

## CONDITIONS PRECEDENT TO STATE CLAIMS

5.      Plaintiff Samantha Rosenbaum has complied with all conditions precedent to commencement of the state law claims alleged herein and, more particularly, on or about September 24, 2012 and within ninety days after the occurrence set forth herein, plaintiff duly served written notice of claim upon the Comptroller's Office of the defendant City; more than thirty days have elapsed since service of the said notice of claim and defendant has failed and/or refused to make any adjustment thereof and this action has been brought within one year and ninety days of the occurrence.

## PARTIES

6.      Plaintiff Samantha Rosenbaum, is a resident of Essex County, New Jersey.

7.      Defendant City of New York (hereinafter "defendant City") was and is a domestic municipal corporation duly organized and existing pursuant to the laws of the State of New York.

8.      Defendant The New York City Police Department (hereinafter "Defendant Police Department" or "NYPD") is a department of the defendant City.

9.      Defendants Sergeant William Cintron, P.O. Starlette Chisem, and P.O. Christopher Williams, (hereinafter the "defendant Officers") at all times relevant were employed by the defendant City as police officers in the defendant Police Department.

## FACTUAL BACKGROUND

10.     On Tuesday, July 17, 2012 at about 4:15 P.M., plaintiff Samantha Rosenbaum was walking in the area of Marcy Avenue and S. 2nd Street, Brooklyn, New York.

11.     At that time, plaintiff was stopped for no lawful reason by the defendant Officers.

12.     The defendant Officers then searched through a bag plaintiff was carrying for no lawful reason.

13.     Plaintiff was then pushed against a car and patted down by defendant Officers.

14.     Multiple times, the defendant Officers threatened to take plaintiff down to the police station and write her up for felony.

15.     Defendant P.O. Starlette Chisem then moved plaintiff over to the sidewalk area and, in full public view, pulled up the front of plaintiff's shirt and pulled open plaintiff's bra and looked down her bra, then pulled up the back of plaintiff's skirt, and pulled open plaintiff's pants and looked down her underpants.

16.     This body search was witnessed by one or more passersby.

17.     The defendant Officers then wrote down on a piece of paper plaintiff's name and home address.

18.     The defendant Officers then told plaintiff they were not going to make a record of this and that they did not want the plaintiff to have "a bad impression of cops".

3

19.     Plaintiff was then let go.

20.     At all times relevant, the defendant Officers were acting within the scope of their employment as police officers in the defendant Police Department of the defendant City.

21.     At all times relevant, the defendant Officers were acting under color of State law.

22.     The defendant City and the defendant Police Department were deliberately indifferent with respect to the training, supervising and disciplining of the defendant Officers which led to the wrongful acts herein.

23.     The defendant City and the defendant Police Department encouraged and condoned the various wrongful acts by the defendant Officers.

## FIRST CLAIM

24.     Plaintiff repeats and realleges the allegations set forth in the previous paragraphs.

25.     The defendants' acts and conduct violated plaintiff's rights under the 42 U.S.C. §1983.

## SECOND CLAIM

26.     Plaintiff repeats and realleges the allegations set forth in the previous paragraphs.

27.     The defendants' acts and conduct constituted an unlawful arrest and false imprisonment of plaintiff.

## THIRD CLAIM

28.     Plaintiff repeats and realleges the allegations set forth in the previous paragraphs.

29.     The defendants' acts and conduct constituted an unlawful assault and battery upon the plaintiff.

## FOURTH CLAIM

30.     Plaintiff repeats and realleges the allegations set forth in the previous paragraphs.

31.     The defendants' acts and conduct constituted the intentional infliction of emotional distress upon the plaintiff.

**WHEREFORE**, the plaintiff SAMANTHA ROSENBAUM, demands the following relief:

(1)     Compensatory damages;

(2)     Punitive damages;

(3)     Attorneys' fees, costs and disbursements;

(4)     Such other and further relief as this court finds just and proper; and

(5)     Plaintiff demands a trial by jury.

5

Dated:   New York, New York
         October 9, 2013

                              Yours, etc.,

                              DILLON HOROWITZ & GOLDSTEIN LLP
                              Attorneys for Plaintiff
                              SAMANTHA ROSENBAUM


                              By_____/ s /_____
                                    MICHAEL GOLDSTEIN (4884)
                              11 Hanover Square - 20th Floor
                              New York, New York 10005
                              (212) 248-4900
                              mgoldstein@dhgattorneys.com


TO:   CORPORATION COUNSEL OF
      THE CITY OF NEW YORK
      New York City Law Department
      100 Church Street
      New York, New York 10007
      Attn:   Noreen M. Stackhouse, Esq.
              Assistant Corporation Counsel
              Special Federal Litigation
              nstackho@law.nyc.gov

6

Docket No.  13-CV-003721 (MKB SMG)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAMANTHA ROSENBAUM,

                                        Plaintiff,

          – against –

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT SERGEANT WILLIAM
CINTRON, P.O. STARLETTE CHISEM, and
P.O. CHRISTOPHER WILLIAMS,

                                        Defendants.

## AMENDED COMPLAINT & JURY DEMAND

**DILLON HOROWITZ & GOLDSTEIN LLP**
Attorneys for Plaintiff
**11 Hanover Square - 20th Floor**
**New York, New York  10005**
**(212) 248-4900**
**(212) 248-2848** *fax*

Service of a copy of the within                    is hereby admitted.
Dated,          , 20__

                                        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                                        Attorneys for

Sirs/Madams: -- Please take notice

_____    Notice of Entry

that the within is a true copy of an              duly entered in the office of the clerk of the
within named court on

_____    Notice of Settlement

that an                    of which the within is a true copy will be presented for settlement to the
HON.                        one of the judges of the within named court, at                    on
      20      at            M.